ANNE MARIE KOLAKOWSKI, *ET AL.*, PETITIONER-RESPON-
DENT, v. THOMAS MANUFACTURING CORPORATION,
RESPONDENT-PETITIONER.

See same case below: 88 *N. J. Super.* 478.

*Mr. Isidor Kalisch* for respondent-petitioner.

*Messrs. Balk & Jacobs* for petitioner-respondents.

October 4, 1965.   Denied.

MAURICE W. GROBER, PLAINTIFF-RESPONDENT, v. HER-
MAN KAHN, *ET. AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Van Riper & Belmont* for defendants-petitioners.

*Messrs. Greene & Orloff* for plaintiff-respondent.

October 4, 1965.   Granted.